IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 11-93-LPS-1 |
| SCOTT W. WATSON, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

**WHEREAS**, Defendant having been found guilty of copyright infringement, a violation of 17 U.S.C. § 506(a)(A) and 18 U.S.C. § 2319(b)(1).

**WHEREAS**, the Court having sentenced Defendant to serve a term of three (3) years probation, two months of which were to be served in a half way house, as well as pay $2750.00 in restitution and a $100.00 special assessment.

**WHEREAS**, Defendant having moved this Court to terminate his term of probation on the bases that he has paid his debt to society and made his victims whole; he is suffering from significant health issues; he is without income; and he is involved in an international relationship with a former alleged co-conspirator. (D.I. 32 at 4)

**WHEREAS**, the Government having filed a response in opposition to Defendant's Motion (D.I. 34) arguing that Defendant is at risk to reoffend; any personal relationship accommodations regarding travel could be modified by the Court; and that "any leniency from the Court would not serve the punitive aspects of the Court's sentence." (*Id.*)

At Wilmington this 29th day of March, 2013,

IT IS ORDERED that Defendant's motion is **DENIED**. The Court finds no

extraordinary circumstances which demonstrate any bases to terminate Defendant's probation. Specifically, Defendant is unemployed, suffering from major depression, and has yet to complete his time in the residential reentry center. Accordingly, Defendant shall serve his sentence as pronounced on August 9, 2012. (D.I. 32).

                                                                                          
UNITED STATES DISTRICT JUDGE